| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Damrell, Jr., Frank C | 2. Court or Organization USDC Eastern District of Calif | 3. Date of Report 4/26/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 501 I Street, Suite 15-210 Sacramento, CA 95814 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Damrell, Jr., Frank C | 4/26/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Civic Enterprises, LCC - Speak at National Conference on Citizenship Dec. 2-4, 2004 - | $527.37 for airfare, transportation to and from airport and meals in Washington D.C. |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Robert Gallo | Unsecured Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Damrell, Jr., Frank C | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Smith Barney Financial Management Acc - Cert Bank of Deposi | C | Interest | O | T | | | | | |
| 2. Alliance Cap Magmt Hldg LP | A | Dividend | J | T | | | | | |
| 3. CBL & Assoc PPTYS Inc | A | Dividend | J | T | | | | | |
| 4. Health Care Property Invs. Inc | A | Dividend | J | T | | | | | |
| 5. Kinder Morgan Energy Prtnrs LP | A | Dividend | J | T | | | | | |
| 6. Nationwide Health PPTYS Inc. | A | Dividend | J | T | | | | | |
| 7. Simon PPTYS Group Inc. New | A | Dividend | J | T | | | | | |
| 8. Cohen & Steers Advantage Incom Realty Fund Inc. | A | Dividend | J | T | | | | | |
| 9. Corts for Great West Fin TR | A | Dividend | K | T | | | | | |
| 10. Corts - GS Cap I TR 6.% SER II | A | Dividend | J | T | | | | | |
| 11. Wells Fargo Cap 5.625 % Cap Truse IX | A | Dividend | J | T | | | | | |
| 12. CALAMOS Groath and Income Fund | A | Dividend | K | T | | | | | |
| 13. Mainstay High Yield Corporate Bond FD CL A | A | Dividend | K | T | | | | | |
| 14. PIMCO Real Return Fund CL A | A | Dividend | K | T | | | | | |
| 15. CORTS - GS Cap I TR 6.0% SER II | A | Dividend | J | T | | | | | |
| 16. Cap Crossing Bank | A | Dividend | J | T | | | | | |
| 17. Commercial Rental Bldg, Modesto, CA | E | Rent | J | T | sell | 3/04 | P1 | G | |
| 18. Smith Barney CGM IRA Rollover | A | Interest | J | T | closed | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Damrell, Jr., Frank C | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Smith Barney M&M Account | A | Interest | J | T | closed | | | | |
| 20. Smith Barney Tax Account | A | Interest | J | T | closed | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Damrell, Jr., Frank C | 4/26/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Commercial Rental Bldg in Modesto sold in March 2004. Proceeds from sale invested in certificates of deposit, stocks and market funds.

Smith Barney CGM IRA Rollover, Smith Barney M&M Account and Smith Barney Tax Account were all liquidated and closed as of April 2004.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signaure _____          Date __5/12/05__

NOT[...]ULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# United States District Court

EASTERN DISTRICT OF CALIFORNIA

501 I STREET
SACRAMENTO, CA 95814-2322

(916) 930-4120

FAX (916) 491-3949

CHAMBERS OF
**FRANK C. DAMRELL, JR.**
DISTRICT JUDGE

May 26, 2005

Honorable Mary Lisi
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-300
One Columbus Circle, N.E.
Washington, D.C. 20544

**SELF INITIATED
AMENDMENT**

   Re: Correction to 2004 Financial Disclosure Report

Dear Judge Lisi:

   Enclosed please find an **amended** part VII of my 2004 Financial Disclosure Form. The last column on line 17 is amended by inserting "Khatri Inc.", the name of the buyer of the property. If you have any questions please contact me at (916) 930-4120.

               Sincerely,



2005 JUN -1 A 11: 25
CIAL OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Damrell, Jr., Frank C | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A -H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Smith Barney Financial Management Acc - Cert Bank of Deposi | C | Interest | O | T | | | | | |
| 2. Alliance Cap Magmt Hldg LP | A | Dividend | J | T | | | | | |
| 3. CBL & Assoc PPTYS Inc | A | Dividend | J | T | | | | | |
| 4. Health Care Property Invs. Inc | A | Dividend | J | T | | | | | |
| 5. Kinder Morgan Energy Prtnrs LP | A | Dividend | J | T | | | | | |
| 6. Nationwide Health PPTYS Inc. | A | Dividend | J | T | | | | | |
| 7. Simon PPTYS Group Inc. New | A | Dividend | J | T | | | | | |
| 8. Cohen & Steers Advantage Incom Realty Fund Inc. | A | Dividend | J | T | | | | | |
| 9. Corts for Great West Fin TR | A | Dividend | K | T | | | | | |
| 10. Corts - GS Cap I TR 6.% SER II | A | Dividend | J | T | | | | | |
| 11. Wells Fargo Cap 5.625 % Cap Truse IX | A | Dividend | J | T | | | | | |
| 12. CALAMOS Groath and Income Fund | A | Dividend | K | T | | | | | |
| 13. Mainstay High Yield Corporate Bond FD CL A | A | Dividend | K | T | | | | | |
| 14. PIMCO Real Return Fund CL A | A | Dividend | K | T | | | | | |
| 15. CORTS - GS Cap I TR 6.0% SER II | A | Dividend | J | T | | | | | |
| 16. Cap Crossing Bank | A | Dividend | J | T | | | | | |
| 17. Commercial Rental Bldg, Modesto, CA | E | Rent | J | T | sell | 3/04 | P1 | G | Khatri Inc. |
| 18. Smith Barney CGM IRA Rollover | A | Interest | J | T | closed | | | | |

*SELF INITIATED AMENDMENT*

*RECEIVED 2005 JUN -1 A 11: 25 FINANCIAL DISCLOSURE OFFICE*

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Damrell, Jr., Frank C | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Smith Barney M&M Account | A | Interest | J | T | closed | | | | |
| 20. Smith Barney Tax Account | A | Interest | J | T | closed | | | | |

SELF INITIATED
AMENDMENT

RECEIVED
2005 JUN -1 A 11: 26
FINANCIAL
DISCLOSURE OFFICE

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |